B1 (Official Form 1) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>2151 Hotel Circle South LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>33-0916069 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2151 Hotel Circle South, San Diego, CA<br>ZIP CODE 92108 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>4347 Tosca Road, Woodland Hills, CA<br>ZIP CODE 91364 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>2151 Hotel Circle South, San Diego, CA | ZIP CODE 92108 |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other
- Hotel

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | More than 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/10)            Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>2151 Hotel Circle South, LLC |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: Central District of California | Case Number: 1:10-bk-10065MT | Date Filed: 01/04/2010 |
|---|---|---|
| Location Where Filed: Central District of California | Case Number: 1:10-bk-14061MT | Date Filed: 04/08/2010 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Southern District of California | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)  (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)  Page 3

| **Voluntary Petition** (This page must be completed and filed in every case.) | **Name of Debtor(s):** 2151 Hotel Circle South, LLC |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Stuart J. Wald Signature of Attorney for Debtor(s) Stuart J. Wald Printed Name of Attorney for Debtor(s) Law Offices of Stuart J. Wald Firm Name 36154 Coffee Tree Place, Murrieta, CA 92562 Address 310-429-3354 Telephone Number 04/29/2010 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ Charles Crail Signature of Authorized Individual Charles Crail Printed Name of Authorized Individual Managing Member Title of Authorized Individual 04/29/2010 Date | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of California

In re  2151 Hotel Circle South, LLC           ,
                Debtor

Case No. _____

Chapter 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| See attached | | | | |

Date: 04/29/2010

                      2151 Hotel Circle South, LLC
                               Debtor

*[Declaration as in Form 2]*

List Of Creditors Holding 20 Largest Unsecured Claims
In re 2151 Hotel Circle South, LLC
Chapter 11

| Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| Aquatic Quality Assurance<br>518 Larchwood Drive #A10<br>San Marcos, CA 92069 | Vendor | $1,900.00 |
| California Travel & Tourism<br>P.O. Box 2007<br>Sacramento, CA 95812-2007 | State Assessment | $1,772.00 |
| California Travel Industry Assoc.<br>414 K Street, Suite #305<br>Sacramento, CA 95814-3967 | Dues | $1,526.36 |
| Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | Vendor | $2,962.46 |
| City of San Diego, TOT Dept.<br>P.O. Box 122289<br>San Diego, CA 92212 | Occupancy Tax | $66,808.00 |
| Deep Blue Wireless<br>12 Elmwood Road<br>Menands, NY 12204 | Vendor | $566.00 |
| Detergent Services<br>P.O. Box 600031<br>San Diego, CA 92160 | Vendor | $1,453.27 |
| Leslie's Pool Supply<br>P.O. Box 501162<br>St. Louis, MO 63150-1162 | Vendor | $3,530.74 |
| Konica Minolta<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | Vendor/ Lessor | $628.04 |
| MarComet<br>P.O. Box 368<br>Tranquility, NJ 07879 | Vendor | $1,608.29 |
| Konica Minolta Business Solutions<br>P.O. Box 100706<br>Pasadena, CA 91189-0706 | Vendor/ Lessor | $712.33 |
| Neal Electric<br>P.O. Box 1655<br>Poway, CA 92064 | Vendor | $5,371.46 |
| Onity<br>2232 Northmont Parkway<br>Duluth, GA 30096 | Vendor | $2,078.11 |
| | | |

| | | |
|---|---|---|
| Ramada Worldwide Inc.<br>15018 Collections Center Drive<br>Chicago, IL 60693 | Franchise Fees | $42,804.37 |
| Reliable Elevator<br>8245 Ronson Road, Suite K<br>San Diego, CA 92111 | Vendor | $833.42 |
| San Diego Bus and Auto Repair Inc.<br>2216 Catalina Blvd.<br>San Diego, CA 92107 | Vendor | $767.16 |
| San Diego Visitor's Info<br>2688 E. Mission Bay Drive<br>San Diego, CA 92109 | Vendor/<br>Dues | $2,800.00 |
| Sandiego.com<br>610 West Ash Street #1405<br>San Diego, CA 92101 | Vendor | $900.00 |
| State Chemical Mfg. Co.<br>P.O. Box 74189<br>Cleveland, OH 44194-0268 | Vendor | $1,147.79 |
| The City of San Diego-Water<br>Water Department<br>San Diego, CA 92187-0001 | Vendor/<br>Utility | $7,392.04 |

Form B2
6/90

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Charles Crail for 2151 Hotel Circle South LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    04/29/2010

Signature _____

Charles Crail, Managing Member
(Print Name and Title)

B6A (Official Form 6A) (12/07)

In re ___2151 Hotel Circle South, LLC___,                            Case No. _____
                  Debtor                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real Property and improvements (hotel, restaurant, parking lot, etc.) located at 2151 Hotel Circle South, San Diego, CA | 100% fee simple | | $14,000,000.00 | $11,000,000.00 |

                                                                         Total▶   $14,000,000.00

                                                                 (Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **2151 Hotel Circle South, LLC**          ,     Case No. _____
                Debtor                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Leaf Financial<br>P.O. Box 64406<br>Cincinnati, OH 45264-4006 | | | Aloha POS System<br><br>16000<br>VALUE $ | | | | $15,363.00 | $0.00 |
| ACCOUNT NO.<br>GS Global Partners IX, LLC<br>c/o Lynn T. Galuppo<br>19800 Macarthur Blvd. #500 | | | Deed of trust<br><br>14,000,000.00<br>VALUE $ | | | | $11,000,000.00 | $0.00 |
| ACCOUNT NO.  4430402500<br>County of San Diego<br>1255 Imperial Avenue<br>San Diego, CA 92101 | | | Real Property tax<br><br>14,000,000.00<br>VALUE $ | | | | $4,247.00 | $0.00 |
| ____ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ 11,019,610.00 | $ 0.00 |
| | | | Total ▶<br>(Use only on last page) | | | | $ 11,019,610.00 | $ 0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

A to Z Plumbing
P.O. Box 19441
San Diego, CA 92159


Allied Services
10080 Riverhead Drive
San Diego, CA 92129


Anthony Travel
Gateway Tower, 811 LBJ Freeway
#1130
Dallas, TX 75251


Aquatic Quality Assurance Inc.
518 Larchwood Drive #A10
San Marcos, CA 92069


AT&T Payment Center
Sacramento, CA 95887-0001


Blue Shield
Los Angeles, CA 90074-5331


Business Music & Communication
8450 Production Avenue, Suite B
San Diego, CA 92121


California Travel & Tourism
P.O. Box 2007
Sacramento, CA 95812-2007


California Travel Industry Assoc.
414 K Street #305
Sacramento, CA 95814-3967

Ceridian
3201 34th Street South
St. Petersburg, FL 33711


Charles Crail
4347 Tosca Road
Woodland Hills, CA 91364


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760


CIT/One Deerwood
10201 Centurion Parkway N. #100
Jacksonville, FL 32256


City of San Diego TOT
P.O. Box 122289
San Diego, CA 92112


City of San Diego Water Dept.
San Diego, CA 92187-0001


County of San Diego
1255 Imperial Avenue
San Diego, CA 92101


Cox Communications
P.O. Box 79171
Phoenix, AZ 85062-9171


Cross Way Fire Protection, Inc.
1220 Rosecrans St. #303
San Diego, CA 92106

Deluxe Checks and Solutions
P.O. Box 742572
Cinncinnati, OH 45274-2572


Deep Blue Wireless
12 Elmwood Road
Menands, NY 12204


Department of Industrial Relations
Division of Labor Law Enforcement
1550 W. Main Street
El Centro, CA 92243-5002


Detergent Services
P.O. Box 600031
San Diego, CA 92160


Division of Labor Standards
Enforcement
8765 Aero Drive
San Diego, CA 92123-1767


Employment Development Department
P.O. Box 2550
1354 Front Street
San Diego, CA 92101


Employment Development Department
800 Capital Mall
Sacramento, CA 95814


EZ Yield.com
125 Excelsior Parkway #101
Wintersprings, FL 32708

Franchise Tax Board
Headquarters Compliance
Sacramento, CA 95867


Frazee Industries, Inc.
Dept. #2510
Los Angeles, CA 90084-2510


Guest Distribution
9221 Corbin Avenue #210
Northridge, CA 91324


Home Depot/GECF
P.O. Box 6031
The Lakes, NV 88901-6031


Guy EnterprisesLLC dba Karaoke Guy
8064 Cowan Avenue
Los Angeles, CA 90045


G5 Global Partners IX, LLC
c/o Lynn Galuppo, Esq.
Cox, Castle & Nicholson LLP
19800 MacArthur Boulevard #500
Irvine, CA 92612-2435


Hotel Savings Directory
434 Sky Mesa Road
Alpine, CA 91901


Internal Revenue Service
Chief, Special Procedures
Section-Insolvency
P.O. Box C-13
Laguna Niguel, CA 92677-1300

Leaf Financial
P.O. Box 64406
Cincinnati, OH 45264-4006


Leslie's Pool Supply
P.O. Box 501162
Saint Louis, MO 63150-1162


Lodgenet
P.O. Box 952141
St. Louis, MO 63195


MarComet
P.O. Box 368
Tranquility, NJ 07879


Minolta
P.O. Box 41602
Philadelphia, PA 19101-1602


Minolta Business Solutions
P.O. Box 100706
Pasadena, CA 91189-0706


Minolta Service
1111 Old Eagle School Road
Wayne, PA 19087-1453


National Air & Energy
2053 Kurtz Street
San Diego, CA 92110


Neal Electric
P.O. Box 1655
Poway, CA 92064

Onity
2232 Northmont Pkwy.
Duluth, GA 30096


Overall Supply, Inc.
Lighting/Chemical Division
823 East Gate Drive, Unit #2
Mount Laurel, NJ 08054


Pae Tec Communications
P.O. Box 1283
Buffalo, NY 14240-1283


Pro Edge Knife
7431 Mission Gorge Road
San Diego, CA 92120


Ramada WorldWide Inc.
15018 Collections Center Drive
Chicago, IL 60693


Reliable Elevator
8245 Ronson Road, Suite K
San Diego, CA 92111


San Diego Bus and Auto Repair Inc.
2216 Catalina Blvd.
San Diego, CA 92107


San Diego Chemical Exhaust
35 Hensley Street
San Diego, CA 92102


San Diego Convention Bureau
2215 India Street
San Diego, CA 92101

San Diego Reader
P.O. Box 85803
San Diego, CA 92186


San Diego Seafood
1842 McKinley Avenue
National City, CA 91950


San Diego Sports Commission
2131 Pan American Plaza
San Diego, CA 92101


San Diego Visitor's Info
2688 E. Mission Bay Drive
San Diego, CA 92109


Sea World
500 Sea World Drive
San Diego, CA 92109


State Board of Equalization
P.O. Box 1799
Sacramento, CA 95808-1799


State Chemical Mfg. Co.
P.O. Box 74189
Cleveland, OH 44194-0268


TCF Financial
11100 Wayzata Blvd., Suite 801
Minnetonka, MN 55305


U.S. Trustee
Department of Justice
402 W. Broadway #600
San Diego, CA 92101

Waxie Sanitary Supply
P.O. Box 81006
San Diego, CA 92135-1006