CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Steven G. Polard, Bar No. 90319
Jeffrey Goodfried, Bar No. 253804
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 788-9900    Facsimile: (310) 788-3399

Order Entered on
June 02, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

2151 Hotel Circle South, LLC,

Debtor.

BANKRUPTCY NO. 10-07330 LA11

Date of Hearing: May 27, 2010
Time of Hearing: 11:00 a.m.
Name of Judge: Louise Adler

## ORDER ON

Debtor's Motion for Authorization to Sell Assets, Debtor's Motion for Use of Cash Collateral and G5 Global Partners IX, LLC's Emergency Motion for Dismissal of Case

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __5, 6, 12__

//
//
//
//
//
//

DATED: June 01, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

Perkins Coie LLP
(Firm name)

By: Steven G. Polard
Attorney for ☑ Movant ☐ Respondent

CSD 1001A

CSD 1001A [11/15/04] (Page 2)
ORDER ON
DEBTOR: 2151 Hotel Circle South, LLC.

CASE NO: 10-07330 LA11

The Debtor and Debtor in Possession 2151 Hotel Circle South, LLC's (the "Debtor") Motion for Authorization to Sell Assets ("Motion to Sale") and Emergency Motion for Use of Cash Collateral ("Motion for Cash Collateral"), along with secured creditor G5 Global Partners IX, LLC's ("G5") Emergency Motion for Dismissal ("Motion for Dismissal"), were heard on May 27, 2010 at 11:00 a.m. before the Honorable Louise DeCarl Adler of the United States Bankruptcy Court, Southern District of California, San Diego.

The Court having read and considered the moving papers, pleadings and evidence in these matters, having heard argument of counsel, and good cause appearing therefore, the Court orders as follows:

(1) The Motion to Sale is DENIED;

(2) The Motion for Cash Collateral is DENIED on a Final Basis;

(3) The Motion for Dismissal is GRANTED for reasons stated on the record;

(4) Pursuant to 11 U.S.C. Section 109(g) the Debtor, including any and all of its assignees and/or transferees, is prohibited from filing any voluntary petition or cooperating in any involuntary petition for bankruptcy for 180 days from entry of this Order.

(5) The Court shall retain jurisdiction to hear any motion for Rule 9011 sanctions that G5 brings against the Debtor and/or its counsel, provided that such motion is filed and served within thirty days of May 27, 2010.

Approved as to Form

By _____
Stuart Wald
Attorney for Debtor